THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-218-RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| MICHAEL RAINERI, | ) | |
| Defendant. | ) | |

THE COURT has considered the joint motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from April 2, 2025, to April 9, 2025.

DONE this 3rd day of April 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Michael Raineri

ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE
(*United States v. Raineri*, CR24-218-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100