The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-218-RSM |
| Plaintiff, | |
| v. | **ORDER OF FORFEITURE** |
| MICHAEL P. RAINERI, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Michael P. Raineri's interest in the following:

- A sum of money (also known as a forfeiture money judgment) in the amount of $531,411.52, reflecting the proceeds Defendant Raineri personally obtained from the offense of *Wire Fraud*, in violation of 18 U.S.C. § 1343.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The proceeds of *Wire Fraud*, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- In his Plea Agreement, Defendant Raineri agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), the proceeds he obtained from his commission of *Wire Fraud*, to which he entered a guilty plea (Dkt. No. 26, ¶ 13);
- In his Plea Agreement, Defendant Raineri admitted he personally obtained proceeds from the Wire Fraud of approximately $531,411.52 (*Id.*, ¶¶ 8, 13);
- The forfeiture of this sum of money is personal to Defendant Raineri and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1)    Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and his Plea Agreement, Defendant Raineri's interest in a sum of money in the amount of $531,411.52 is fully and finally forfeited, in its entirety, to the United States;

2)    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to Defendant Raineri at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3)    No right, title, or interest in the identified sum of money exists in any party other than the United States;

4)    Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $531,411.52; and

///

///

///

Order of Forfeiture - 2
*United States v. Raineri,* CR24-218-RSM

1        5)      The Court will retain jurisdiction in this case for the purpose of enforcing

2    this Order, as necessary.

3

4        DATED this 8th day of July, 2025.

5

6                                        RICARDO S. MARTINEZ

7                                        UNITED STATES DISTRICT JUDGE

8

9

10   Presented by:

11

12   *s/Krista K. Bush*

13   KRISTA K. BUSH
     Assistant United States Attorney

14   United States Attorney's Office
     700 Stewart Street, Suite 5220

15   Seattle, WA 98101

16   (206) 553-2242
     Fax: (206) 553-6934

17   Krista.Bush@usdoj.gov

18

19

20

21

22

23

24

25

26

27

Order of Forfeiture - 3
*United States v. Raineri,* CR24-218-RSM