The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL P. RAINERI,<br><br>Defendant. | NO. CR24-218 RSM<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the financial information belonging to the victim contained in Exhibits A, B, and C to the Government's Sentencing Memorandum,

IT IS HEREBY ORDERED that Exhibits A, B, and C, to the Government's Sentencing Memorandum, shall remain sealed.

DATED this 19th day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Sanaa Nagi*
SANAA NAGI
Assistant United States Attorney

Order to Seal Exhibit A - 1
*United States v. Raineri,* CR24-218 RSM

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800