THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-218-RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AUTHORIZING CLERK OF |
| | ) | COURT TO ACCEPT PAYMENT |
| MICHAEL P. RAINERI, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the parties' stipulated motion to authorize the Clerk of Court to accept payment toward anticipated criminal monetary impositions before sentencing.

After reviewing the stipulated motion, and finding good cause, the Court enters the following ORDER:

Pursuant to Local Criminal Rule 38, the Clerk of Court is directed to deposit funds into the Registry of the Court in the principal amount of $80,000. The Clerk shall hold the funds until they can be disbursed pursuant to a separate order entered after sentencing, to pay any criminal judgment entered in this case.

ORDER AUTHORIZING CLERK OF COURT
TO ACCEPT PAYMENT
(*United States v. Raineri*, CR24-218-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**

DONE this 23rd day of September 2025.

RICARDO S. MARTINEZ  
UNITED STATES DISTRICT JUDGE

Presented by:

TEAL LUTHY MILLER  
Acting United States Attorney

s/ *Kyle A. Forsyth*  
Sanaa Nagi  
Kyle A. Forsyth  
Assistant United States Attorneys

s/ *Gregory Murphy*  
Gregory Murphy  
Assistant Federal Public Defender  
Attorney for Defendant Michael Raineri

ORDER AUTHORIZING CLERK OF COURT  
TO ACCEPT PAYMENT  
(*United States v. Raineri*, CR24-218-RSM) - 2

**FEDERAL PUBLIC DEFENDER**  
**1601 Fifth Avenue, Suite 700**  
**Seattle, WA 98101**  
**(206) 553-1100**